UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>              v.<br><br>SCOPHONY CORPORATION OF<br>AMERICA, *et al.*<br>       Defendants. | Case No. 1:20-mc-509<br>(Originally Civil Action No. 34-184) |

# [~~PROPOSED~~] ORDER TERMINATING FINAL JUDGMENTS

The Court having received the motion of plaintiff United States of America for termination of the final judgments entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgments, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgments are hereby terminated.

Dated: December 7, 2020

*[signature]*
United States District Court Judge
Southern District of New York